# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3954

_____

Ellery R. Blue Hair,           *
          *
         Appellant,         *
          *    Appeal from the United States
    v.                        *    District Court for the
          *    District of South Dakota.
Father Gary Lantz,          *     [UNPUBLISHED]
          *
         Appellee.          *

_____

Submitted:    January 17, 2003

Filed:    January 24, 2003

_____

Before BOWMAN, WOLLMAN, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Ellery R. Blue Hair appeals the district court's[1] pre-service dismissal without prejudice of his civil complaint for lack of federal-question or diversity jurisdiction. For the reasons explained by the district court, we agree with the court that it lacked subject matter jurisdiction over the action. See Hansen v. United States, 248 F.3d 761, 763 (8th Cir. 2001) (standard of review). Accordingly, we affirm. See 8th Cir. R. 47A(a).

_____

[1]The Honorable Lawrence L. Piersol, Chief Judge, United States District Court for the District of South Dakota.

A true copy.

Attest:

       CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.